HENRY H. PETZE, Appellant, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Respondent.

*Petze* v. *Morse Dry Dock & R. Co.*, 125 App. Div. 267, affirmed.
(Argued May 6, 1909; decided May 20, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for an alleged wrongful discharge from employment.

*William S. Maddox* for appellant.

*Charles Haldane* and *David McClure* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts ; no opinion.

Concur; GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

MERTON A. GRAVES, Respondent, *v.* GUSTAVE STICKLEY COMPANY, Appellant.

*Graves* v. *Stickley Company*, 125 App. Div. 132, affirmed.
(Argued May 7, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 19, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the master's negligence.

*J. L. Cheney* for appellant.

*Frank C. Sargent* and *Donald F. McLennan* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.